UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SHARON JOY JORDAN LEE

CIVIL ACTION

VERSUS

16-588-SDD-EWD

DEPARTMENT OF EDUCATION,
SPECIAL SCHOOL DISTRICT/SPECIAL
SCHOOL PROGRAMS

### RULING

The Court, after carefully considering the *Petition*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated December 5, 2016, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Plaintiff's *Motion to Remand* shall be GRANTED and this matter shall be REMANDED to the 4th Judicial District Court for the Parish of Ouachita, Louisiana, as removal was not timely under 28 U.S.C. § 1446. Further, Plaintiff shall be awarded $1,000.00 for the costs and attorneys' fees incurred as a result of the improper removal in accordance with 28 U.S.C. § 1447(c).

Baton Rouge, Louisiana the 7 day of February, 2016.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1-1.
[2] Rec. Doc. 9.